In the Matter of JOYCE PRATHER, Petitioner, v. STATE COMMISSION FOR HUMAN RIGHTS et al., Respondents.—

Christ, P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.

DOROTHY D. MARGOLIS, Respondent, v. DAVID L. MARGOLIS, Appellant.—

Rabin, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.